FILED
JAMES BONINI
CLERK

04 JUL 20 PM 2:26

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GLENN WAGNER, et al

V

CIVIL ACTION: C-1-01-406

OPTIO SOFTWARE

JUDGE WEBER

*************************************************************

I hereby acknowledge receipt of Defendants Depositions in the above styled case.

7/20/04
Date

C. Craig, Atty for Deft